AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Columbia _____

Kevin Haydel

V.

United States

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER 1:05CV02405

JUDGE: Richard J. Leon

DECK TYPE: Pro se General Civil

DATE STAMP: 12/15/2005

TO: (Name and address of Defendant)

Kenneth L. Wainstein
United States Attorney, District of Columbia
555 4th Street, NW
Washington, District of Columbia 20530 PRO SE

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' ▓▓▓▓▓ (name and address)

Kevin Haydel
1515 Rio Grande Drive
#607
Plano, Texas 75075

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    DEC 15 2005
CLERK                                          DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12-21-2005 |
| NAME OF SERVER (PRINT) Kevin Haydel | TITLE Pro Se |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served via Registered Mail (RA303764297US) to Kenneth L. Wainstein, 555 4th Street, NW, Washington, District of Columbia 20530

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-22-2005
                       Date                        Signature of Server

c/o 1515 Rio Grande Drive, #607
Plano, Texas 75075
Address of Server

RECEIVED
DEC 15 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
DEC 2 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Columbia**

Kevin Haydel

v.

United States

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER 1:05CV02405

JUDGE: Richard J. Leon

DECK TYPE: Pro se General Civil

DATE STAMP: 12/15/2005

TO: (Name and address of Defendant)

Alberto Gonzales,
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' ████ PRO SE (name and address)

Kevin Haydel
1515 Rio Grande Drive
#607
Plano, Texas 75075

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        DEC 15 2005

CLERK                              DATE

*/s/ Maureen Higgins*
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 12-21-2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Kevin Haydel | Pro Se |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served via Registered Mail (RA303764283US) to Alberto Gonzales, United States Attorney General, 950 Pennsylvania Avenue, Washington, District of Columbia 20530

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-22-2005
Date

Signature of Server

c/o 1515 Rio Grande Drive, #607
Plano, Texas 75075
Address of Server

**RECEIVED**

DEC 27 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.