RECEIVED
JUL 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# IN THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Kevin Haydel,** ) | |
| **1515 Rio Grande Drive, # 607** ) | Case No. 1:05-cv-02405 RJL |
| **Plano, Texas 75075** ) | |
| **214-453-5354** ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **United States** ) | |
| **Defendant.** ) | |

## PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT

---

Plaintiff hereby enters this Cross Motion for Summary Judgment. This Cross Motion is supported by the following:

### FACTS IN SUPPORT OF PLAINTIFF'S CROSS MOTION
### FOR SUMMARY JUDGMENT

1. Defendant has moved to dismiss the above-captioned action under Fed.R.Civ.P. 12(b), generally, citing insufficiency of service, and for lack of subject matter jurisdiction.

2. Defendant's motion is made with full knowledge that the Court has found that the basis upon which such "12(b)" motion rests fails to support a "12(b)(1)" motion; and is nonjurisdictional.

3. Defendant's motion is made with full knowledge that the Court has construed such baseless general motion as a motion under Fed.R.Civ.P. 12(b)(6) for failure to state a claim upon which relief may be granted.

4. Defendant's motion is made with full knowledge that

> "For the purposes of a motion to dismiss, the material allegations of the complaint are taken as admitted. See, e.g., Walker Process Equipment, Inc. v. Food Machinery & Chemical Corp., 382 U.S. 172, 174-175 (1965). And the complaint is to be liberally construed in favor of plaintiff. See Fed.Rule Civ.Proc. 8(f); Conley v. [395 U.S. 422] Gibson, 355 U.S. 41 (1957)."

Jenkins v. McKeithen, 395 U.S. 411, at 421-22.

5. Defendant's motion is made with full knowledge that the Court has treated such general "12(b)" motion, construed as a motion under Fed.R.Civ.P. 12(b)(6), as a motion for summary judgment, in accordance with the rule.

6. Defendant's motion is made with full knowledge that a motion for summary judgment is decided upon "the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any," under Fed.R.Civ.P. 56(c).

7. Defendant's motion for summary judgment is knowingly made without benefit of "pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits," sufficient to overcome Plaintiff's Verified Complaint *See: Neal v. Kelley*, 963 F.2d 453 (D.C. Cir. 1992), or Plaintiff's Affidavit.

Based upon defendant's blanket admission of all material allegations in Plaintiff's Complaint; and upon defendant's "mere allegations or denials" of Plaintiff's Complaint; and upon defendant's failure to "the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any," Plaintiff is the sole party entitled to summary judgment.

Respectfully Submitted,

Dated July 12, 2006

_____
Kevin Haydel
1515 Rio Grande Drive, # 607
Plano, Texas 75075
214-453-5354

## Acknowledgment

STATE OF Texas          )
                        ) SS
COUNTY OF Dallas        )

On this 12th day of July, in the year 2006, before me, the undersigned, a Notary Public in and for the State of Texas, personally appeared Kevin Haydel, personally appeared before me and is know to me and did affix his mark upon this document.

_____
Notary Public in and for said State & County

LORI LONG
My Commission Expires
January 26, 2010

Jan. 26, 10
My commission expires

# CERTIFICATE OF SERVICE

Petitioner hereby states that a true and correct copy of "PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT", was placed in the postal mail system, return receipt requested (7003 1010 0004 9194 2643), and sent to the following address on April 14, 2006.

**PAT S. GENIS, #446244**
**Trial Attorney, Tax Division**
**U.S. Department of Justice**
**Post Office Box 227**
**Washington, DC 20044**

**OF COUNSEL:**
**KENNETH L. WAINSTEIN**
**United States Attorney**

Dated: _____, 2006

_____
Kevin Haydel
1515 Rio Grande Drive, # 607,
Plano, Texas 75075
214-453-5354

# CERTIFICATE OF SERVICE

Petitioner hereby states that a true and correct copy of "PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT", was placed in the postal mail system, return receipt requested (7003 1680 0000 6608 1244), and sent to the following address on April 14, 2006.

United States Attorney General
Alberto Gonzales,
950 Pennsylvania Avenue
Washington, District of Columbia 20530

Dated: _____, 2006

_____
Kevin Haydel
1515 Rio Grande Drive, # 607,
Plano, Texas 75075
214-453-5354