RECEIVED
AUG 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
## IN THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kevin Haydel, ) | |
| 1515 Rio Grande Drive, # 607 ) | Case No. 1:05-cv-02405  RJL |
| Plano, Texas 75075 ) | |
| 214-453-5354 ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| United States ) | |
| Defendant. ) | |

### PLAINTIFF'S PROOF OF SERVICE OF
### PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT

---

Plaintiff hereby requests the Clerk of Court to enter into the record "Plaintiff's Proof of Service of Plaintiff's Cross Motion for Summary Judgment". Plaintiff attests to the following:

1. Plaintiff attests that a true and correct copy of "Plaintiff's Cross Motion for Summary Judgment", was placed in the in the United States Postal Service mail system (Certified Mail Receipt 7003 1010 0004 9194 2643) on or about July 12, 2006 (copy of Certified Mail Receipt included with this document);

2. Plaintiff attests that the copy of the Certified Mail Receipt (7003 1010 0004 9194 2643) included with this document is a true and correct copy;

3. Plaintiff attests that "Plaintiff's Cross Motion for Summary Judgment" was delivered on or about July 17, 2006 to *Pat S. Genis, Trial Attorney, Tax Division, U. S. Department of Justice, Post Office Box 227, Washington, D. C. 20044* (copy of Return Receipt included with this document);

4. Plaintiff attests that the copy of the Return Receipt (7003 1010 0004 9194 2643) included with this document is a true and correct copy;

5. Plaintiff attests that a true and correct copy of "Plaintiff's Cross Motion for Summary Judgment", was placed in the in the United States Postal Service mail system (copy of Certified Mail Receipt 7003 1680 0000 6608 1244) on or about July 12, 2006 (Certified Mail Receipt included with this document);

6. Plaintiff attests that the copy of the Certified Mail Receipt (7003 1680 0000 6608 1244) included with this document is a true and correct copy;

7. Plaintiff attests that "Plaintiff's Cross Motion for Summary Judgment" was delivered on or about July 17, 2006[1] to *Alberto Gonzales, United States Attorney General, 950 Pennsylvania Avenue, Washington, D. C. 20530* (copy of Return Receipt included with this document);

8. Plaintiff attests that the copy of the Return Receipt (7003 1680 0000 6608 1244) included with this document is a true and correct copy;

9. Plaintiff attests that the copy of "Plaintiff's Cross Motion for Summary Judgment" included with this document is a true and correct copy.

---

[1] It should be noted that the Return Receipt references the date of July 07, 2006. This is obviously a date error by the receiving party.

Respectfully Submitted,

Dated *August 23*, 2006

*/s/ Kevin Haydel*

Kevin Haydel

1515 Rio Grande Drive, # 607

Plano, Texas 75075

214-453-5354

## Acknowledgment

STATE OF *Texas*            )
                            ) SS
COUNTY OF *Dallas*          )

On this *23rd* day of *August*, in the year 200*6*, before me, the undersigned, a Notary Public in and for the State of *Texas*, personally appeared *Kevin Haydel*, before me and is know to me and did affix his mark upon this document.

*Rosemary Benedetto*
Notary Public in and for said State & County

*4-16-2008*
My commission expires



ROSEMARY BENEDETTO
NOTARY PUBLIC
State of Texas
Comm Exp. 04-15-2008

# United States District Court
# IN THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Kevin Haydel, | ) | |
| 1515 Rio Grande Drive, # 607 | ) | Case No. 1:05-cv-02405 |
| Plano, Texas 75075 | ) | |
| 214-453-5354 | ) | |
|       Plaintiff, | ) | |
| | ) | |
| | ) | |
| | ) | |
| United States | ) | |
|       Defendant. | ) | |

## PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT

---

Plaintiff hereby enters this Cross Motion for Summary Judgment. This Cross Motion is supported by the following:

### FACTS IN SUPPORT OF PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT

1.  Defendant has moved to dismiss the above-captioned action under Fed.R.Civ.P. 12(b), generally, citing insufficiency of service, and for lack of subject matter jurisdiction.

Kevin Haydel v. United States     Page 1 of 3     26 U.S.C. §7433 Complaint
Case No. 1:05-cv-02405     Return Receipt 7003 1010 0004 9194 2650
PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT

2. Defendant's motion is made with full knowledge that the Court has found that the basis upon which such "12(b)" motion rests fails to support a "12(b)(1)" motion; and is nonjurisdictional.

3. Defendant's motion is made with full knowledge that the Court has construed such baseless general motion as a motion under Fed.R.Civ.P. 12(b)(6) for failure to state a claim upon which relief may be granted.

4. Defendant's motion is made with full knowledge that

> "For the purposes of a motion to dismiss, the material allegations of the complaint are taken as admitted. See, e.g., Walker Process Equipment, Inc. v. Food Machinery & Chemical Corp., 382 U.S. 172, 174-175 (1965). And the complaint is to be liberally construed in favor of plaintiff. See Fed.Rule Civ.Proc. 8(f); Conley v. [395 U.S. 422] Gibson, 355 U.S. 41 (1957)."

Jenkins v. McKeithen, 395 U.S. 411, at 421-22.

Defendant's motion is made with full knowledge that the Court has treated such general "12(b)" motion, construed as a motion under Fed.R.Civ.P. 12(b)(6), as a motion for summary judgment, in accordance with the rule.

Defendant's motion is made with full knowledge that a motion for summary judgment is decided upon "the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any," under Fed.R.Civ.P. 56(c).

Defendant's motion for summary judgment is knowingly made without benefit of "pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits," sufficient to overcome Plaintiff's Verified Complaint See: *Neal v. Kelley*, 963 F.2d 453 (D.C. Cir. 1992), or Plaintiff's Affidavit.

Kevin Haydel v. United States          Page 2 of 3          26 U.S.C. §7433 Complaint
Case No. 1:05-cv-02405                                 Return Receipt 7003 1010 0004 9194 2650

PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT

Based upon defendant's blanket admission of all material allegations in Plaintiff's Complaint; and upon defendant's "mere allegations or denials" of Plaintiff's Complaint; and upon defendant's failure to "the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any," Plaintiff is the sole party entitled to summary judgment.

Respectfully Submitted,

Dated July 12, 2006

_____
Kevin Haydel
1515 Rio Grande Drive, # 607
Plano, Texas 75075
214-453-5354

### Acknowledgment

STATE OF Texas         )
                       ) SS
COUNTY OF Dallas       )

On this 12th day of July, in the year 2006, before me, the undersigned, a Notary Public in and for the State of Texas, personally appeared Kevin Haydel, personally appeared before me and is know to me and did affix his mark upon this document.

_____
Notary Public in and for said State & County

LORI LONG
My Commission Expires
January 26, 2010

Jan. 26/10
My commission expires

---

Kevin Haydel v. United States          Page 3 of 3          26 U.S.C. §7433 Complaint
Case No. 1:05-cv-02405                                      Return Receipt 7003 1010 0004 9194 2650

PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT

## CERTIFICATE OF SERVICE

Petitioner hereby states that a true and correct copy of "PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT", was placed in the postal mail system, return receipt requested (7003 1010 0004 9194 2643), and sent to the following address on April 14, 2006.

PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

Dated: _____, 2006

_____
Kevin Haydel
1515 Rio Grande Drive, # 607,
Plano, Texas 75075
214-453-5354

Kevin Haydel v. United States          Page 1 of 1          Certificate of Service
Case No. 1:05-cv-02405
                                        PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT
United States Attorney, District of Columbia
Kenneth L. Wainstein

## CERTIFICATE OF SERVICE

Petitioner hereby states that a true and correct copy of "PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT", was placed in the postal mail system, return receipt requested (7003 1680 0000 6608 1244), and sent to the following address on April 14, 2006.

United States Attorney General
Alberto Gonzales,
950 Pennsylvania Avenue
Washington, District of Columbia 20530


Dated: _____, 2006

_____
Kevin Haydel
1515 Rio Grande Drive, # 607,
Plano, Texas 75075
214-453-5354

Kevin Haydel v. United States
Case No. 1:05-cv-02405

United States Attorney General
Alberto Gonzales

Page 1 of 1

Certificate of Service

PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ .39 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.64 |

Postmark: JUL 12 2006

7003 1010 0004 9194 2643

Sent To: Pat S. Genis, Trial Attorney, U.S. DoJ
Street, Apt. No.; or PO Box No.: Post Office Box 227
City, State, ZIP+4: Washington, D.C. 20044

PS Form 3800, June 2002                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   PAT S. GENIS,
   Trial Attorney, Tax Division
   U.S. Department of Justice

   Post Office Box 227
   Washington, DC 20044

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   JUL 17 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)       7003 1010 0004 9194 2643

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ .39 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.64 |

Postmark JUL 1 2006

Sent To: US Attorney General, Alberto Gonzales
Street, Apt. No.; or PO Box No. 950 Pennsylvania Avenue
City, State, ZIP+4 Washington, District of Columbia 20530

PS Form 3800, June 2002          See Reverse for Instructions

Article Number: 7003 1680 0000 6608 1244

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States Attorney General,
   Alberto Gonzales,

   950 Pennsylvania Avenue
   Washington, District of Columbia
   20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  JUL 0 7 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7003 1680 0000 6608 1244

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540