# United States District Court
# IN THE DISTRICT OF COLUMBIA

**RECEIVED**
OCT 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **Kevin Haydel,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| ) | |
| **v.** ) | **Case No. 1:05-cv-02405** RJL |
| ) | |
| ) | |
| ) | |
| **United States** ) | |
|     **Defendant.** ) | |

## REQUEST FOR SUMMARY JUDGMENT
## ON CONCEDED CROSS MOTION THEREFORE

---

Plaintiff hereby files this "Request for Summary Judgment on Conceded Cross Motion therefore". This motion is supported by the following:

Kevin Haydel v. United States     Page 1 of 4     26 U.S.C. §7433 Complaint
Case No. 1:05-cv-02405     Return Receipt 7006 0100 0004 6590 3740

REQUEST FOR SUMMARY JUDGMENT
ON CONCEDED CROSS MOTION THEREFORE

## FACTS IN SUPPORT OF PLAINTIFF'S REQUEST
## FOR SUMMARY JUDGMENT ON CONCEDED
## CROSS MOTION THEREFORE

Plaintiff placed in the United States postal mail system "Plaintiff's Cross Motion for Summary Judgment" (Original and Copy) on or about July 13, 2006.

"Plaintiff's Cross Motion for Summary Judgment" was delivered on or about July 24, 2006 to *Clerk of the District Court, 333 Constitutional Avenue, NW, Washington, District of Columbia 20001* (verified via Return Receipt 7003 1010 0004 9194 2650).

"Plaintiff's Cross Motion for Summary Judgment" was filed into the court record on or about July 24, 2006. (See attached Docket Sheet, #7)

A true and correct copy of "Plaintiff's Cross Motion for Summary Judgment" was delivered on or about July 17, 2006 to *Pat S. Genis, Trial Attorney, Tax Division, U. S. Department of Justice, Post Office Box 227, Washington, D. C. 20044* (verified via Return Receipt 7003 1010 0004 9194 2643).[1]

A true and correct copy of "Plaintiff's Cross Motion for Summary Judgment" was delivered on or about July 17, 2006 to *Alberto Gonzales, United States Attorney General, 950 Pennsylvania Avenue, Washington, D. C. 20530* (verified via Return Receipt 7003 1680 0000 6608 1244).[2]

---

[1] See "PLAINTIFF'S PROOF OF SERVICE OF PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGEMENT (Certificate of Service) filed into the court record on August 28, 2006.
[2] See "PLAINTIFF'S PROOF OF SERVICE OF PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGEMENT (Certificate of Service) filed into the court record on August 28, 2006.

Kevin Haydel v. United States            Page 2 of 4            26 U.S.C. §7433 Complaint
Case No. 1:05-cv-02405                                   Return Receipt 7006 0100 0004 6590 3740

REQUEST FOR SUMMARY JUDGMENT
ON CONCEDED CROSS MOTION THEREFORE

Plaintiff filed with the Court "Plaintiff's Proof of Service of Plaintiff's Cross Motion for Summary Judgment" on or about August 28, 2006. (See attached Docket Sheet, #8)

The court record reveals the defendant has not filed a motion with the court requesting an extension of time in which file an answer to "Plaintiff's Cross Motion for Summary Judgment". (See attached Docket Sheet)

There has been no opposition filed by the defendant in more than 2 months.

## CONCLUSION

Pursuant to Local Civil Rule 7(b), defendant was to "Within 11 days of the date of service...serve and file a memorandum of points and authorities in opposition to the motion." Based upon defendant's failure to "file a memorandum of points and authorities in opposition...within the prescribed time,[3] the Court may treat the motion as conceded." LCvR 7(b).

## PRAYER

Plaintiff hereby moves the Court to "treat the motion as conceded" and grant summary judgment upon Plaintiff's Verified Complaint and Affidavit; i.e., upon "the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any," under Fed.R.Civ.P. 56(c).

---

[3] Indeed, defendant has failed to oppose summary judgment within 66 days, more than six times "the prescribed time".

| Kevin Haydel v. United States | Page 3 of 4 | 26 U.S.C. §7433 Complaint |
|---|---|---|
| Case No. 1:05-cv-02405 | | Return Receipt 7006 0100 0004 6590 3740 |

REQUEST FOR SUMMARY JUDGMENT
ON CONCEDED CROSS MOTION THEREFORE

Respectfully Submitted,

Dated October 4, 2006

_____
Kevin Haydel

c/o 1515 Rio Grande Drive, # 607

Plano, Texas 75075

214-453-5354

## **Acknowledgment**

STATE OF __TEXAS__ )
                                                                   ) SS
COUNTY OF __DALLAS__ )

On this __4TH__ day of __OCTOBER__, in the year 200_6_, before me, the undersigned, a Notary Public in and for the State of __TEXAS__, personally appeared __KEVIN HAYDEL__, before me and is know to me and did affix his mark upon this document.

_____
Notary Public in and for said State & County

03-22-09
_____
My commission expires



KRISTA NIXON BALAND
My Commission Expires
March 22, 2009

| Kevin Haydel v. United States | Page 4 of 4 | 26 U.S.C. §7433 Complaint |
|---|---|---|
| Case No. 1:05-cv-02405 | | Return Receipt 7006 0100 0004 6590 3740 |

REQUEST FOR SUMMARY JUDGMENT
ON CONCEDED CROSS MOTION THEREFORE

**U.S. District Court**
**District of Columbia (Washington, DC)**
**CIVIL DOCKET FOR CASE #: 1:05-cv-02405-RJL**

HAYDEL v. UNITED STATES
Assigned to: Judge Richard J. Leon
Cause: 26:7426 IRS: Wrongful Levy for Taxes

Date Filed: 12/15/2005
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

KEVIN HAYDEL     represented by   **KEVIN HAYDEL**
1515 Rop Gramde Drive
Apartment 607
Plano, TX 75075
US
(214) 453-5354
*PRO SE*

V.

**Defendant**

UNITED STATES     represented by   **Pat S. Genis**
US Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC 20044
(202) 307-6390
Fax: (202) 514-6866
Email: pat.genis@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/15/2005 | 1 | COMPLAINT against UNITED STATES (Filing fee $ 250) filed by KEVIN HAYDEL.(ks, ) (Entered: 12/19/2005) |

District of Columbia live database - Docket Report

| | | |
|---|---|---|
| 12/15/2005 | 1 | SUMMONS (2) Issued as U.S. Attorney and U.S. Attorney General (ks, ) (Entered: 12/19/2005) |
| 12/19/2005 | 2 | STANDING ORDER. Signed by Judge Richard J. Leon on 12/19/2005. (CB, ) (Entered: 12/19/2005) |
| 12/27/2005 | 3 | NOTICE of filing re:summons by KEVIN HAYDEL (jf, ) (Entered: 12/30/2005) |
| 04/04/2006 | 4 | MOTION to Dismiss for Lack of Jurisdiction by UNITED STATES. (Attachments: # 1 Brief# 2 Text of Proposed Order) (Genis, Pat) (Entered: 04/04/2006) |
| 04/17/2006 | 5 | RESPONSE re 4 MOTION to Dismiss for Lack of Jurisdiction filed by KEVIN HAYDEL. (jf, ) (Entered: 04/17/2006) |
| 05/01/2006 | 6 | REPLY to opposition to motion re 4 MOTION to Dismiss for Lack of Jurisdiction filed by UNITED STATES. (Genis, Pat) (Entered: 05/01/2006) |
| 07/24/2006 | 7 | CROSS MOTION for Summary Judgment by KEVIN HAYDEL (jf, ) (Entered: 07/27/2006) |
| 08/28/2006 | 8 | ADDITIONAL ATTACHMENT (certificate of service) by KEVIN HAYDEL 7 MOTION for Summary Judgment filed by KEVIN HAYDEL.. (jf, ) (Entered: 08/30/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/03/2006 19:08:45 | | | |
| PACER Login: | kh1235 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:05-cv-02405-RJL |
| Billable Pages: | 1 | Cost: | 0.08 |

# CERTIFICATE OF SERVICE

Petitioner hereby states that a true and correct copy of "REQUEST FOR SUMMARY JUDGMENT ON CONCEDED CROSS MOTION THEREFORE", was placed in the postal mail system, return receipt requested (7006 0100 0004 6590 3580), and sent to the following address:

United States Attorney General
Alberto Gonzales,
950 Pennsylvania Avenue
Washington, District of Columbia 20530

Dated: October 4, 2006

Kevin Haydel
1515 Rio Grande Drive, # 607,
Plano, Texas 75075
214-453-5354

## CERTIFICATE OF SERVICE

Petitioner hereby states that a true and correct copy of "REQUEST FOR SUMMARY JUDGMENT ON CONCEDED CROSS MOTION THEREFORE", was placed in the postal mail system, return receipt requested (7006 0100 0004 6589 8862), and sent to the following address:

PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

Dated: October 4, 2006

*(signature)*
Kevin Haydel
1515 Rio Grande Drive, # 607,
Plano, Texas 75075
214-453-5354