UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 6 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

KEVIN HAYDEL, )
)
Plaintiff, )
)
v. ) No. 1:05-2405 (RJL)
)
UNITED STATES, )
)
Defendant. )

### FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 3rd day of November 2006, hereby

**ORDERED** that defendant's Motion to Dismiss [#4] is **GRANTED** and it is further

**ORDERED** that plaintiff's Cross Motion for Summary Judgment [#7] is **DENIED** as moot and it is further

**ORDERED** that judgment is entered in favor of the defendant, and the case is **DISMISSED**.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge